ABRAHAM AXELROD, an Infant, by CHARLES AXELROD, His Guardian ad Litem, Plaintiff, v. SAMUEL LEVINE, Defendant. In the Matter of the Application of ABRAHAM AXELROD, an Infant, by CHARLES AXELROD, His Guardian ad Litem, Respondent, to Punish for Contempt SAMUEL LEVINE and A. ABRAHAM SARAFAN, Appellants.— We think that it does not sufficiently appear that Sarafan was a party to the act of Levine in drawing down the loan value of his life insurance policy, but in other respects that the determination is justified by the facts. This failure to connect Sarafan with that act is not sufficient to exonerate him ·from the consequences of the decision. The order is modified so as to dissociate Sarafan from the matter of the life insurance policy; and as so modified affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

IDA BORENSTEIN, an Infant, by MORRIS BORENSTEIN, Her Guardian ad Litem, Appellant, v. JACOB MENDELEVITZ, Respondent.— There was no sufficient evidence that the cause of action was the same as that pending in the County Court, or that costs had been taxed therein against plaintiff, or, if so, the amount thereof. Evidence of such facts was necessary before the court could exercise its discretion in deciding a motion to stay proceedings for non-payment of costs in another action. Order of the County Court of Kings county reversed, with ten dollars costs and disbursements. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred. ·

BROOKLYN BANK IN THE CITY OF NEW YORK, Respondent, v. METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, as Administrator, etc., and EDMUND K. STALLO, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

VIRA CORNELL, Appellant, v. SEYMOUR W. BONSALL, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ARCHIBALD J. DOWLING, Respondent, v. CHARLES M. WINCHESTER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that we think that as most of the witnesses are public officials or employees whose official duties require them to be at Albany during business hours, the convenience of the witnesses will be far more promoted by changing the place of trial to Albany county. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

MAY M. GUGEL and DAISY E. ATCHINSON, Respondents, v. EVERETT S. HISCOX and JESSE F. HISCOX, Appellants, Impleaded with DAISY E. HISCOX ATCHINSON, as Executrix, etc., Respondent.—'Order affirmed, without costs. No opinion. Mills, Rich, Putnam and Blackmar, JJ., concurred; Jenks, P. J., not voting.

JOHN W. HAMILTON and HERBERT J. CHAMBERS, Respondents, v. CYRUS ROBINSON, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.